UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIELLE MALLOY,**

   *Plaintiff*,

v.

**COMENITY CAPITAL BANK** *and*
**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

   *Defendants.*

_____/

Case No.:   8:24-cv-01795

## **NOTICE OF SETTLEMENT AS TO COMENTIY CAPITAL BANK *ONLY***

COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement as to Comenity Capital Bank *only*.

Dated September 6, 2024,

        */s/ Christian E. Cok*
        Christian E. Cok, Esq.
        Florida Bar No. 1032167
        Tel: 813-321-2349
        CCok@Seraphlegal.com

        SERAPH LEGAL, P. A.
        2124 W. Kennedy Blvd. Suite A
        Tampa, FL 33606
        Fax: 855-500-0705
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                            */s/Christian E. Cok*
                                            Christian E. Cok, Esq.
                                            Florida Bar Number: 1032167