UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIELLE MALLOY,**

    *Plaintiff*,

v().                                    Case No.:   8:24-cv-01795

**COMENITY CAPITAL BANK** *and*
**EXPERIAN INFORMATION SOLUTIONS, INC.,**

    *Defendants*.

_____/

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS INC. *ONLY***

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement as to Experian Information Solutions, Inc., *only*.

    Dated December 18, 2024,

                                                                 */s/ Christian E. Cok*
                                                                 Christian E. Cok, Esq.
                                                                 Florida Bar No. 1032167
                                                                 Tel: 813-321-2349
                                                                 CCok@Seraphlegal.com

                                                                 SERAPH LEGAL, P. A.
                                                                 2124 W. Kennedy Blvd. Suite A
                                                                 Tampa, FL 33606
                                                                 Fax: 855-500-0705
                                                                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                                      */s/Christian E. Cok*
                                                      Christian E. Cok, Esq.
                                                      Florida Bar Number: 1032167